USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _11-7-17_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
AL PEREIRA,                              :
                                         :
                        Plaintiff,       :
                                         :          1:17-cv-7261 ALC
            -against-                    :
                                         :          ORDER
HIGHSNOBIETY INCORPORATED,               :
                                         :
                        Defendant.       :
-------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

The Court will hold a pre-motion conference in this case on **November 20 , 2017, at**

10:45 a .m. regarding Defendant's anticipated motion to dismiss.   ECF No. 9.   The parties

(and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated: November 6, 2017
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge