

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

November 27, 2017                                                                                           File No. 40314.03

**VIA ECF**

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:    *Al Pereira v. Highsnobiety Incorporated*
              Case No. 17-Cv-7261

Dear Judge Carter:

      We represent Defendant Highsnobiety Incorporated ("Highsnobiety") in the above-referenced matter. Please accept this correspondence as the Parties' Joint Status Report pursuant to Your Honor's instruction at the November 20, 2017, pre-motion conference.

      *Motion to Dismiss*

      Without prejudice to its right to assert the fair use defense at a later point, Highsnobiety shall forego making a motion to dismiss the Complaint under Rule 12(b)(6) and Highsnobiety shall file its Answer to the Complaint on or before December 11, 2017.

      *Settlement*

      The Parties have begun to engage in meaningful settlement discussion and intend to continue such discussions in a good faith attempt to resolve this matter.

      Should the Parties be unable to resolve this matter, they propose submitting a Joint Scheduling Order setting forth a proposed discovery schedule by December 15, 2017, unless otherwise directed by the Court. Thank you for your attention to this matter.

Hon. Andrew L. Carter, Jr., U.S.D.J.
November 27, 2017
Page 2

Respectfully,

*Brian Pete*

Brian Pete for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Richard P. Liebowitz, Esq. *(via ECF)*