USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/19/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AL PEREIRA,

                                                    Case No. 17-cv-7261 (ALC)

                           Plaintiff,

           -against-

                                                    **SCHEDULING ORDER**

HIGHSNOBIETY INCORPORATED,

                           Defendant.
------------------------------------------------------------X


        The parties have conferred and submit the following as a proposed scheduling order for pre-trial discovery:

        1.      Initial disclosures pursuant to Rule 26(a)(1), *Fed R. Civ. P.*, shall be completed no later than **30 days** from the date of this Order.

        2.      Initial requests for production of documents shall be served by **January 19, 2018.**

        3.      Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York shall be served by **January 19, 2018.**

        4.      Depositions to be completed on or before **March 30, 2018.**

        5.      Close of fact discovery on **March 30, 2018.**

        6.      Expert reports or other expert disclosures to be served on or before **April 20, 2018.**

        7.      Responding expert reports to be served on or before **May 4, 2018.**

        8.      Expert depositions to be completed on or before **June 1, 2018.**

        9.      Close of all discovery on **June 1, 2018.**

        10.     Summary judgment motions to be filed on **June 18, 2018.**

SO ORDERED.

DATE: 12/18 2017

_____

HON. ANDREW L. CARTER, JR., U.S.D.J.