UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL PEREIRA<br><br>                  Plaintiff,<br><br>v.<br><br>HIGHSNOBIETY INCORPORATED<br><br>                  Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:17-cv-7261-ALC |

IT IS HEREBY NOTICED that a settlement has been reached between Plaintiff, Al Pereira and Defendant Highsnobiety Incorporated and thus the action should be voluntarily dismissed with prejudice.

*Richard Liebowitz*
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 2/7/18
*Attorney for Plaintiff Al Pereira*

---

SO ORDERED:

_____
Hon. Andrew L. Carter, U.S.D.J.