USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/13/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL PEREIRA,

           Plaintiff,

- against -

HIGHSNOBIETY INCORPORATED

           Defendant.

17-cv-07261(ALC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto that the above-captioned action is voluntarily dismissed with prejudice in its entirety without fees or costs, pursuant to Rule 41(a)(1)(A)(ii).

Dated: New York, New York
       February 8, 2018

LIEBOWITZ LAW FIRM, PLLC

_/s/ Richard P. Liebowitz_
Richard P. Liebowitz, Esq.
*Attorneys for Plaintiff*
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: 516-233-1660

LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Brian Pete_
Brian Pete, Esq.
*Attorneys for Defendant*
77 Water Street, Suite 2100
New York, New York 10005
Tel: 212-232-1300

SO ORDERED:
_/s/ Andrew L. Carter_
U.S.D.J.

2/12/2018